# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3381
_____

United States of America

Plaintiff - Appellee

v.

Thomas Richard Jager

Defendant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:12-cr-00096-JEG-1)
_____

**JUDGMENT**

Before SMITH, BOWMAN and COLLOTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 19, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans