## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 14-3381

United States of America

Appellee

v.

Thomas Richard Jager

Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:12-cr-00096-JEG-1)
_____

**MANDATE**

In accordance with the opinion and judgment of 06/19/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 10, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit